# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 23-39-BLG-SPW-2 |
|---|---|
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| AARON ANTONIO MEEKS, | |
| Defendant. | |

WHEREAS, in the indictment in the above case, the United States sought forfeiture of any property of the above-captioned person, pursuant to 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d) as property used or intended to be used to facilitate the violations alleged in the indictment, or as proceeds of said violation;

And whereas, on October 24, 2023, the defendant entered a plea of guilty to Count 2 of the indictment, which charged him with possession with intent to distribute controlled substances;

And whereas, the indictment contained a forfeiture allegation that stated that as a result of the offenses charged in the indictment, the defendant shall forfeit the following property:

1

- Ruger Security 9mm handgun, serial number 385-44046;
- Highpoint 995 9mm Rifle, serial number F203961;
- $12,461.00 United States Currency;
- Black Taurus 9mm pistol, serial number ACD784226;
- SKS assault Rifle, serial number 25796;
- 9mm Taurus pistol, serial number ABK033978;
- Various rounds of ammunition

And whereas, by virtue of said guilty plea, the United States is now entitled to possession of the property, pursuant to 21 U.S.C. §§ 851(a)(1) and 881(a)(11), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

ACCORDINGLY, IT IS ORDERED:

1. That based upon the plea of guilty by the defendant to Count 2 of the indictment, the United States is authorized and ordered to seize the property described above. This property is forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d).

2. That the aforementioned forfeited property is to be held by the United States, particularly the Drug Enforcement Administration or the United States Marshals Service, and/or their designated sub custodian, in its secure custody and control.

3. That the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an

official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

    4. That upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 25th day of October, 2023.

_____
SUSAN P. WATTERS
United States District Court Judge